### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                                Case No. 3:18-CR-30140-NJR-1

JESUS CLEMENTE CORRALES,

      Defendant.

## ORDER REDUCING SENTENCE

**ROSENSTENGEL, Chief Judge:**

Before the Court is Defendant Jesus Clemente Corrales's Motion for Retroactive Application of Sentencing Guidelines. (Doc. 108). Corrales seeks a reduction in sentence from 112 months' imprisonment to 101 months' imprisonment under 18 U.S.C. § 3582(c) and Part A of Amendment 821 to the United States Sentencing Guidelines ("U.S.S.G."). (*Id.*). The Government suggests a different method of calculating the revised sentence, but it ultimately agrees that a reduction to 101 months is appropriate. (Doc. 109).

In Part A of Amendment 821, the Sentencing Commission altered the "status points" provision regarding criminal history, which now appears in U.S.S.G. § 4A1.1(e). Under the amended provision, a defendant who has 7 or more criminal history points and who committed the offense of conviction while under any criminal justice sentence receives 1 status point. A defendant who has 6 or less criminal history points and who committed the offense of conviction while under any criminal justice sentence receives no status points. The changes apply retroactively. *See* § 1B1.10(e)(2).

Under Part A of Amendment 821, Corrales would receive no status points,

reducing his criminal history category and resulting in a lower advisory guideline range. Thus, the parties assert that a reduction from 112 months to 101 months is appropriate.

The Court agrees. Upon consideration of Corrales's motion (Doc. 108), the Government's response (Doc. 109), the policy statement set forth at U.S.S.G. § 1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court **GRANTS** Jesus Clemente Corrales's motion and **ORDERS** that his sentence be reduced to a term of **101 months**. All other terms of the judgment in this case shall remain unchanged.

**IT IS SO ORDERED.**

**DATED:  April 8, 2024**

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**